SO ORDERED: June 13, 2007.

_____
**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| NANCY ANNE MILLION and | ) | CASE NO. 06-90924-BHL-13 |
| TROY DAVID MILLION, | ) | |
| Debtors. | ) | |

**ORDER**

This matter comes before the Court on **CEFCU's Objection to Confirmation of Plan** which was filed on July 31, 2006. The Court conducted a hearing on confirmation on September 26, 2006, and the parties were subsequently granted leave to file Memoranda in support of their respective positions. The Debtors' **Memorandum in Support of Confirmation of Chapter 13 Plan** was filed on April 5, 2006, and **CEFCU's Memorandum of Law in Support of Objection to Confirmation of Plan** was filed on April 6, 2007. The issue, as presented by the parties hereto, is whether the Debtor's retirement fund contributions should be considered disposable income and paid into the Chapter 13 plan.

Despite CEFCU's argument to the contrary, it is generally recognized that mandatory or voluntary contributions to qualified retirement plans are not subject to the requirement that expenses

deducted in calculating disposable income be reasonable and necessary. *See, e.g., In re Devilliers*, 358 B.R. 849 (Bankr.E.D.La. 2007); *In re Njuguna*, 357 B.R. 689 (Bankr.D.N.H. 2006); *In re Johnson*, 346 B.R. 256 (Bankr.S.D. Ga. 2006). In fact, section 541(b)(7)(A) & (B) specifically provides that such contributions are not to be considered as property of the bankruptcy estate.

There is no indicia of bad faith in this case. The Debtors have proposed a plan which provides a significant distribution to unsecured creditors. Mrs. Million is contributing 5% of her gross income to her Thrift Savings Plan retirement fund and her Federal Employee Retirement System fund in order to take advantage of her employer's matching contributions. The Court finds that the Chapter 13 plan, as proposed, meets the "best efforts" test and, as such, CEFCU's Objection to Confirmation is OVERRULED.

###

Gary D. Allen
115 E Spring St Ste 325
New Albany, IN 47150

Edward R. Cardoza
RUBIN & LEVIN, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204

Joseph M Black
PO Box 846
Seymour, IN 47274

Office of U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204